IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOANN SEKAVEC                                                                    PLAINTIFF

vs.                                    Civil No. 6:16-cv-06053

NANCY A. BERRYHILL                                                              DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT


Comes now the Court on this the 19th day of June 2017, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**


                                            /s/  Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            U. S. MAGISTRATE JUDGE